UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Factum Bau- und Projektmanagement GmbH    Chapter 15

    Debtor in a Foreign Proceeding,    Case No.:11-00097 BKC
_____/

## CORPORATE OWNERSHIP STATEMENT

Petitioner Mag. Beate Holper ("Trustee"), as duly appointed trustee of the bankruptcy estate of Factum Bau und Projektmanagement GmbH ("Factum"), by and through her undersigned attorney and pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(4) and 7007.1, hereby discloses the following:

No corporation owns 10% or more of any class of Factum's equity interests.

    Respectfully submitted,

    ASTIGARRAGA DAVIS
    MULLINS & GROSSMAN, P.A.
    *Attorneys for the Trustee*
    701 Brickell Avenue, 16th Floor
    Miami, Florida 33131
    Telephone (305) 372-8282
    Facsimile (305) 372-8202
    Email: ggrossman@astidavis.com
          edavis@astidavis.com

By:    s/ Gregory S. Grossman
    Gregory S. Grossman
    Florida Bar No 896667
    Edward H. Davis, Jr.
    Florida Bar No: 704539

F:\WDOX\CLIENTS\50063\2001\00123665.DOCX